IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01714-WDM-CBS

GROUND IMPROVEMENT TECHNIQUES, INC.,
a Florida corporation,

      Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Motion to Vacate Deadlines Set Forth in Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting and to Stay Proceedings Until Resolution of Pending Matters (*doc. no. 7)* is **DENIED**. The court will go forward with the scheduling conference as previously scheduled and will address any further requests for a stay at that time.

**DATED:**      October 11, 2007