# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No. 07-cv-01714-WDM-CBS | FTR |
| **Date: January 07, 2008** | Debra Nawls, Deputy Clerk |
| GROUND IMPROVEMENT TECHNIQUES, INC. | Frederick Huff<br>Steven R. Schooley |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY | Jeffrey S. Price<br>L. Jay Labe |
| Defendant. | Fred C. Statum, III<br>(admission pending) |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE/MOTION HEARING**

**8:57 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding the pending Motion to Stay Proceedings Until Resolution of Pending Matters [#18] filed 12/18/2007.

**ORDERED:**      Defendant's Motion to Stay Proceedings Until Resolution of Pending Matters [#18] is **Granted in part and Denied in part.** Counsel are permitted to conduct depositions and complete written discovery as stated on the record. Depositions and written discovery to be completed by February 15, 2008. All other discovery is **STAYED.**

**ORDERED:**      A Status Conference is set for **February 27, 2008 at 9:00 a.m. Courtroom A402.**

HEARING CONCLUDED.
**Court in recess: 9:50 a.m.**
Total time in court:    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.