Case 1:07-cv-01714-WDM-CBS    Document 32    Filed 04/22/2008    Page 1 of 8

\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133 (Rev 9/00)

**AMENDED BILL OF COSTS**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 30 2008
GREGORY C. LANGHAM
CLERK

| United States District Court | DISTRICT |
|---|---|
| | COLORADO |
| GROUND IMPROVEMENT TECHNIQUES, INC. | DOCKET NO. |
| V. | 1:07-cv-01714-WDM-CBS |
| FEDERAL INSURANCE COMPANY | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on **APRIL 9, 2008** against GROUND IMPROVEMENT TECHNIQUES, the clerk is requested to tax the following as costs:

**BILL OF COSTS**

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ 71.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 4,506.27 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 3,875.95 |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ 6,979.15 |
| | $ |

Please review and comply with D.C.COLO.LCivR .54.1

(See Notice section on reverse side)

TOTAL $ 15,432.87    0

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: [signature]

Print Name: FRED C. STATUM III         Phone Number: 615-742-9346

For: FEDERAL INSURANCE COMPANY        Date: APRIL 22, 2008
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: WEDNESDAY APRIL 30, 2008 AT 8:30AM

Date and Time: 4/30/08 @ 8:30

Costs are hereby taxed in the following amount and included in the judgment:
Amount Taxed $ 0

(BY) DEPUTY CLERK [signature]

CLERK OF COURT
GREGORY C. LANGHAM

4/30/08

**FEDERAL INSURANCE COMPANY'S ITEMIZATION OF EXPENSES IN SUPPORT OF ITS AMENDED BILL OF COSTS**

1. Transcript charges relate to the depositions of representatives of Federal:

| TRANSCRIPT CHARGES | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 02-13-2008 | 274547 | Charge for Transcripts | $1,449.19 |
| 02-28-2008 | 274547 | Charge for Transcripts | $3,057.08 |
| | | | $4,506.27 |

*[Handwritten note: Dispositive Motion; Motion to Dismiss, no transcripts used.]*

2. The use of an outside vendor for certain copy jobs was required based upon the number of documents involved. This typically related to the answering of GIT's discovery requests:

| COPYING EXPENSES – OUTSIDE VENDOR | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 12-11-2007 | 271214 | Copying Expenses-Outside Office | $787.58 |
| 12-13-2007 | 271214 | Copying Expenses-Outside Office | $1,061.09 |
| 12-14-2007 | 271214 | Copying Expenses-Outside Office | $87.01 |
| 12-14-2007 | 271214 | Copying Expenses-Outside Office | $247.98 |
| 12-19-2007 | 271214 | Copying Expenses-Outside Office | $672.05 |
| 12-20-2007 | 271214 | Copying Expenses-Outside Office | $198.22 |
| 02-08-2008 | 274547 | Copying Expenses-Outside Office | $165.57 |
| 03-05-2008 | PEN 116275 | Copying Expenses-Outside Office | $49.25 |
| 03-18-2008 | PEN 116275 | Copying Expenses-Outside Office | $133.30 |
| | | | $3,402.05 |

*[Handwritten note: No Exhibits used in motion]*

3. In-house copies were made at a rate of $0.10/page:

| COPYING EXPENSES – IN-HOUSE | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 08-15-2007 | 246838 | Copying Expenses-Copier Only | $62.00 |
| 09-11-2007 | 268107 | Copying Expenses-Copier Only | $88.50 |
| 11-01-2007 | 269743 | Copying Expenses-Copier Only | $15.70 |
| 11-01-2007 | 269743 | Copying Expenses-Copier Only | $17.60 |
| 11-11-2007 | 269743 | Copying Expenses-Copier Only | $2.10 |
| 11-11-2007 | 269743 | Copying Expenses-Copier Only | $2.60 |
| 11-11-2007 | 269743 | Copying Expenses-Copier Only | $5.00 |

| COPYING EXPENSES - IN-HOUSE | | | |
|---|---|---|---|
| 11-14-2007 | 269743 | Copying Expenses-Copier Only | $2.40 |
| 11-15-2007 | 269743 | Copying Expenses-Copier Only | $84.00 |
| 11-15-2007 | 269743 | Copying Expenses-Copier Only | $0.40 |
| 11-19-2007 | 269743 | Copying Expenses-Copier Only | $0.40 |
| 12-11-2007 | 271214 | Copying Expenses-Copier Only | $11.70 |
| 12-19-2007 | 271214 | Copying Expenses-Copier Only | $60.00 |
| 12-19-2007 | 271214 | Copying Expenses-Copier Only | $11.50 |
| 12-20-2007 | 271214 | Copying Expenses-Copier Only | $1.10 |
| 12-20-2007 | 271214 | Copying Expenses-Copier Only | $3.20 |
| 01-11-2008 | 272821 | Copying Expenses-Copier Only | $1.10 |
| 01-16-2008 | 272821 | Copying Expenses-Copier Only | $37.00 |
| 01-16-2008 | 272821 | Copying Expenses-Copier Only | $7.60 |
| 01-22-2008 | 272821 | Copying Expenses-Copier Only | $2.10 |
| 01-22-2008 | 272821 | Copying Expenses-Copier Only | $3.10 |
| 01-22-2008 | 272821 | Copying Expenses-Copier Only | $4.50 |
| 02-20-2008 | 274547 | Copying Expenses-Copier Only | $2.80 |
| 02-25-2008 | 274547 | Copying Expenses-Copier Only | $2.30 |
| 02-29-2008 | 274547 | Copying Expenses-Copier Only | $0.80 |
| 03-03-2008 | 277144 | Copying Expenses-Copier Only | $4.50 |
| 03-07-2008 | 277144 | Copying Expenses-Copier Only | $14.70 |
| 03-07-2008 | 277144 | Copying Expenses-Copier Only | $3.10 |
| 03-11-2008 | 277144 | Copying Expenses-Copier Only | $0.10 |
| 03-11-2008 | 277144 | Copying Expenses-Copier Only | $1.90 |
| 03-24-2008 | 277144 | Copying Expenses-Copier Only | $2.80 |
| 03-25-2008 | 277144 | Copying Expenses-Copier Only | $1.70 |
| 03-27-2008 | 277144 | Copying Expenses-Copier Only | $4.80 |
| 04-11-2008 | 277144 | Copying Expenses-Copier Only | $0.40 |
| 04-15-2008 | 277144 | Copying Expenses-Copier Only | $1.60 |
| 01-31-2008 | PEN 115027 | Copying Expenses-Copier Only | $5.20 |
| 12-06-2007 | PEN 113728 | Copying Expenses-Copier Only | $3.60 |
| | | | $473.90 |

4. Service of process fees were incurred for the service of discovery subpoenas:

| SERVICE OF PROCESS EXPENSE | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 01-17-2008 | PEN 115027 | Service of Process via Sheriffs's Dept. | $71.50 |
| | | | $71.50 |

*Not used for any taxable witnesses*

5. Computerized research includes research on the Westlaw system, as well as searches for pleadings and docket entries on PACER:

| COMPUTERIZED RESEARCH | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 07-10-2007 | 246838 | Computerized Research | $6.08 |
| 10-04-2007 | 268107 | Computerized Research | $32.16 |
| 01-07-2008 | 272821 | Computerized Research | $2.64 |
| 01-09-2008 | 272821 | Computerized Research | $64.00 |
| 01-14-2008 | 272821 | Computerized Research | $170.00 |
| 01-24-2008 | 272821 | Computerized Research | $4.48 |
| 01-28-2008 | 272821 | Computerized Research | $68.00 |
| 01-29-2008 | 272821 | Computerized Research | $506.00 |
| 01-30-2008 | 272821 | Computerized Research | $142.00 |
| | | | $995.36 |

*Not awardable under Jones v. Unisys, So. Bev. UPS, re: 28 USC (1a)*

6. Courier expenses were incurred related to the service of third party subpoenas as well as deliveries to opposing counsel:

| COURIER EXPENSE | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 12-21-2007 | PEN 114391 | Courier Delivery | $3.75 |
| 12-21-2007 | PEN 114391 | Courier Delivery | $3.75 |
| 01-31-2008 | PEN 115027 | Courier Delivery | $60.00 |
| 01-31-2008 | PEN 115027 | Courier Delivery | $60.00 |
| 03-18-2008 | PEN 116275 | Courier Delivery | $6.00 |
| 03-18-2008 | PEN 116275 | Courier Delivery | $6.00 |
| 03-31-2008 | PEN 116275 | Courier Delivery | $60.00 |
| 03-31-2008 | PEN 116275 | Courier Delivery | $60.00 |
| | | | $259.50 |

*Not Awardable*

7. Federal Express charges were incurred in the delivery of documents to opposing counsel and the client:

FEDERAL'S BILL OF COSTS – page: 3 of 7
440369

| FEDERAL EXPRESS | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 09-11-2007 | 268107 | Federal Express | $23.24 |
| 09-11-2007 | 268107 | Federal Express | $24.00 |
| 12-20-2007 | 271214 | Federal Express | $81.32 |
| 01-09-2008 | 272821 | Federal Express | $123.73 |
| 01-09-2008 | 272821 | Federal Express | $96.15 |
| 01-11-2008 | 272821 | Federal Express | $21.91 |
| 01-30-2008 | 274547 | Federal Express | $39.58 |
| 02-20-2008 | 277144 | Federal Express | $18.26 |
| 02-20-2008 | 277144 | Federal Express | $15.33 |
| 03-11-2008 | 277144 | Federal Express | $44.52 |
| 03-11-2008 | 277144 | Federal Express | $34.23 |
| 03-11-2008 | 277144 | Federal Express | $34.23 |
| | | | $556.50 |

*[Handwritten annotation: "Not awarded"]*

8. Other client expenses include attorney admission fees, postage and a lunch meeting:

| OTHER CLIENT EXPENSE | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 12-19-2007 | 271214 | Other Client Expense | $160.00 |
| 03-31-2008 | PEN 116275 | Postage | $2.62 |
| 11-05-2007 | PEN 113728 | Lunch Meeting | $79.02 |
| | | | $241.64 |

9. Telephone charges relate to long-distance fees:

| TELEPHONE EXPENSES | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 08-15-2007 | 246838 | Telephone Expense | $28.00 |
| 10-17-2007 | 268107 | Telephone Expense | $78.00 |
| 11-15-2007 | 269743 | Telephone Expense | $74.00 |
| 12-19-2007 | 271214 | Telephone Expense | $85.00 |
| 01-16-2008 | 272821 | Telephone Expense | $38.00 |
| | | | $303.00 |

10. Travel expenses relate to travel to/from Denver, Colorado for hearings before this Court, as well as travel to/from depositions of party representatives in Seattle, WA, and Warren, NJ:

FEDERAL'S BILL OF COSTS – page: 4 of 7
440369

| TRAVEL EXPENSES | | | |
|---|---|---|---|
| DATE: | INVOICE: | DESCRIPTION: | AMOUNT: |
| 01-06-2008 | 272821 | Travel Expense | $33.54 |
| 01-07-2008 | 272821 | Travel Expense | $894.97 |
| 01-07-2008 | 272821 | Travel Expense | $230.24 |
| 02-06-2008 | 274547 | Travel Expense | $1,046.38 |
| 02-07-2008 | 274547 | Travel Expense | $1,344.55 |
| 02-14-2008 | 274547 | Travel Expense | $821.37 |
| 02-14-2008 | 274547 | Travel Expense | $706.24 |
| 02-27-2008 | 274547 | Travel Expense | $308.35 |
| 02-27-2008 | 274547 | Travel Expense | $283.89 |
| | | | $4,632.15 |

*[handwritten annotations in right margin: "Not ov... un1... $1930 Sorto v. UPS"]*

11. The total expenses, amounting to $15,432.87 are summarized as follows:

| TOTALS FOR EXPENSES | |
|---|---|
| TRANSCRIPT CHARGES | $4,506.27 |
| COMPUTERIZED RESEARCH | $995.36 |
| COPYING EXPENSES - OUTSIDE VENDOR | $3,402.05 |
| COPYING EXPENSES - IN-HOUSE | $473.90 |
| COURIER EXPENSES | $259.50 |
| FEDERAL EXPRESS | $556.50 |
| OTHER CLIENT EXPENSE | $241.64 |
| SERVICE OF PROCESS | $71.50 |
| TELEPHONE EXPENSES | $303.00 |
| TRAVEL EXPENSES | $4,632.15 |
| | $15,432.87 |

Respectfully Submitted,

*s/ Fred C. Statum III*

Sam H. Poteet, Jr., Esquire (Tenn. Bar No. 10086)
Fred C. Statum III (Tenn. Bar No. 014494)
Jeffrey S. Price, Esquire (Tenn. Bar No. 19550)
MANIER & HEROD, A TENNESSEE PROFESSIONAL CORPORATION
150 4th Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030
(615) 242-4203 (facsimile)

FEDERAL'S BILL OF COSTS – page: 5 of 7
440369