IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01714-WDM-CBS

GROUND IMPROVEMENT TECHNIQUES, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for extension of time to respond to fees and expenses is granted to June 23, 2009.

Dated:  May 18, 2009

                                            s/ Jane Trexler, Judicial Assistant