IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.    07-cv-01714-WDM-CBS

GROUND IMPROVEMENT TECHNIQUES, INC.,

    Plaintiff(s),

v.

FEDERAL INSURANCE COMPANY,

    Defendant(s).
_____

**ORDER**
_____

This matter is before me on the parties' Joint Motion to Withdraw Federal

Insurance Company's Post-Judgment Pleadings, to Dismiss Lawsuit with Prejudice, and

for Entry of Agreed Order (Doc. No. 101). Following hearing with counsel I am

sufficiently advised and conclude that, for the reasons stated on the record, the motion

is granted in part and denied in part as follows:

1. The motion to withdraw pleadings identified as Doc. Nos. 33, 34, 39, 40, 41,

42, 44, 51, 52, 53, 56, 65, 85, 95, 96 and 100 is granted and all motions incorporated

therein are denied as moot; and

2. The motion is otherwise denied.

DATED at Denver, Colorado on May 24, 2010

BY THE COURT:

s/ Walker D. Miller
United States District Judge