IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01714-WDM-CBS

GROUND IMPROVEMENT TECHNIQUES, INC.,

    Plaintiff(s),

v.

FEDERAL INSURANCE COMPANY,

    Defendant(s).

_____

**ORDER**
_____

    This matter has been pending upon the parties' Joint Motion for Entry of Agreed Order of Dismissal with Prejudice (ECF No. 107). The parties persist in their efforts to have me "vacate and rescind" my previous order (ECF No. 64) despite having been twice advised that I would not do so and that their original motion (ECF No. 101) was denied. *See* courtroom minutes at ECF No. 105 and 108. I instructed the parties I would deny the motion to dismiss if such language was a condition of their motion. They were given until July 13, 2010 to advise me how they wish to proceed. ECF No.

108. They have failed to meet the deadline. Since the motion (ECF No. 107) remains pending, it is accordingly denied as unacceptably requiring me to vacate my prior order.

DATED at Denver, Colorado on July 21, 2010

BY THE COURT:

s/ Walker D. Miller
United States District Judge